<u>Legal Notice</u>

# If you received a non-emergency call on your cellular telephone from Carrington Mortgage Services through the use of an automatic telephone dialing system and/or a prerecorded voice, you may be eligible to receive a payment from a class action settlement.

# Si usted recibió una llamada que no fuera de emergencia por su teléfono celular de Carrington Mortgage Services mediante el uso of un sistema de marcado automático telefónico y/o voz pregrabada, podría recibir un pago de entre $70 y $140 de un arreglo de acción de clase.

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

A $1,035,000 Settlement has been reached in a class action lawsuit claiming that Carrington Mortgage Services unlawfully used an automatic telephone dialing system and/or an artificial prerecorded voice to call cell phones without the prior express consent of the recipients. Carrington Mortgage Services denies that it did anything wrong and the Court has not decided who is right.

**Who's Included?** The Court decided that the Settlement Class includes all individuals who:

received a non-emergency telephone call from Carrington Mortgage Services to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between November 19, 2008, and [the Preliminary Approval Date].

**What Are the Settlement Terms?** Carrington Mortgage Services has agreed to enhance its business practices to ensure that a borrower has provided consent before being called on a cell phone and that its loan servicing records reflect the borrower's prior express consent to call his or her cell phone. A Settlement Fund of $1,035,000 has been established to pay valid claims, attorneys' fees and costs, service awards, and settlement administration costs and expenses. Any remaining monies totaling $50,000 or less from uncashed settlement checks will be paid to the non-profit charity Habitat for Humanity International.

**How can I get a Payment?** To get a payment in the form of a check and/or a one-time credit against the balance of any fees legitimately owed to Carrington Mortgage Services you must submit a claim. You can submit your claim online or by mail. It is estimated that payments or credits will be between $70 and $140. The amount of the final cash payment or credit will depend on the total number of valid and timely claims filed by all Class Members. The claim deadline is **Month DD, 2014**.

**How can I make the calls stop?** You may submit a Revocation Request Form requesting that Carrington Mortgage Services cease making calls to your cellular telephone numbers using an automatic telephone dialing system or an artificial or prerecorded voice. You can submit your Revocation Request Form online or by mail.

**Your Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **Month DD, 2014**. If you do not exclude yourself, you will release your claims against Carrington Mortgage Services. You may object to the Settlement by **Month DD, 2014**. The Detailed Notice available on the website explains how to exclude yourself or object. The Court will hold a Hearing on **Month DD, 2014** to consider whether to approve the Settlement and a request for attorneys' fees of up to $258,750 and service payments of $2,000 each to the two Class Representatives. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to. **For more information, call or visit the website.**

**www.CMSTCPASettlement.com            1-855-330-5886**

1141321.1

# Aviso Legal

## Si usted recibió una llamada que no fuera de emergencia por su teléfono celular de Carrington Mortgage Services mediante el uso de un sistema de marcado automático telefónico y/o voz pregrabada, podría recibir un pago de un arreglo de acción de clase.

Se ha llegado a un Arreglo de $1,035,000 en una demanda de acción de clase que alega que Carrington Mortgage Services utilizó ilegalmente un sistema de marcado automático telefónico y/o voz artificial pregrabada para llamar a teléfonos celulares sin el previo consentimiento expreso de los destinatarios. Carrington Mortgage Services niega haber hecho nada ilegal y el Tribunal no ha decidido quién tiene la razón.

**¿Quién Está Incluido?** El Tribunal decidió que la Clase del Arreglo incluya a todos los individuos que:

recibieron una llamada telefónica que no era de emergencia de Carrington Mortgage Services a un teléfono celular mediante el uso de un sistema de marcado automático telefónico y/o voz artificial o pregrabada entre el 19 de noviembre de 2008 y [Fecha de Aprobación Preliminar].

**¿Cuáles Son los Términos del Arreglo?** Carrington Mortgage Services ha acordado mejorar sus prácticas comerciales para asegurarse de que el prestatario ha dado su consentimiento antes de ser llamado a un teléfono celular y que sus registros de servicios de préstamo reflejan el previo consentimiento expreso del prestatario para llamar a su teléfono celular. Se ha establecido un Fondo del Arreglo de $1,035,000 para pagar las reclamaciones válidas, los honorarios y costas de abogados, adjudicaciones de servicio, y los costos y gastos de la administración del arreglo. Cualquier dinero que quede de los cheques del arreglo no cobrados por un total de $50,000 o inferior e pagará a la entidad benéfica sin fines de lucro Habitat for Humanity International.

**¿Cómo Puedo Obtener un Pago?** Para obtener un pago tiene que presentar una reclamación para conseguir dinero en forma de un cheque o un solo crédito contra el saldo de cualquier cargo que se le adeude legítimamente a Carrington Mortgage Services. Usted puede presentar su reclamación por internet o por correo. Se estima que los pagos o créditos serán entre $70 y $140. La cantidad del pago en efectivo o crédito final dependerá del número total de reclamaciones válidas y oportunas presentadas por todos los Miembros de la Clase. La fecha límite para la reclamación es el __ de _____ de 2014.

**¿Cómo puedo parar las llamadas?** Usted puede presentar un Formulario de Solicitud de Revocación solicitando que Carrington Mortgage Services deje de hacer llamadas a su número de teléfono celular utilizando un sistema de marcado automático telefónico o voz artificial o pregrabada. Usted puede presentar su Formulario de Solicitud de evocación por internet o por correo.

**Sus Otras Opciones.** Si no desea estar legalmente obligado por el Arreglo, tiene que excluirse para el __ de _____ de 2014. Si no se excluye, liberará sus reclamaciones contra Carrington Mortgage Services. Usted puede objetar al Arreglo para el __ de _____ de 2014. El Aviso Detallado disponible en la página web explica cómo excluirse u objetar. El Tribunal celebrará una Audiencia el __ de _____ de 2014 para considerar si aprueba el Arreglo y una solicitud de los honorarios de abogados de hasta $258,750 y pagos de servicio de $2,000 a cada uno de los dos Representantes de la Clase. Usted puede comparecer en la audiencia, ya sea en persona o mediante un abogado ontratado por usted, pero no es necesario que lo haga. **Para obtener más información, llame o visite la página web.**

**www.CMSTCPASettlement.com**          **1-855-330-5886**

1152633.1

<u>United States District Court for the Central District of California</u>

# IF YOU RECEIVED A NON-EMERGENCY CALL ON YOUR CELLULAR TELEPHONE FROM CARRINGTON MORTGAGE SERVICES THROUGH THE USE OF AN AUTOMATIC TELEPHONE DIALING SYSTEM AND/OR A PRERECORDED VOICECARRINGTON MORTGAGE SERVICES, YOU MAY BE ELGIBLE TO RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- Plaintiffs brought a lawsuit alleging that Carrington Mortgage Services violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq.* by using an automatic telephone dialing system and/or an artificial prerecorded voice to place non-emergency servicing calls to cell phones in connection with mortgage accounts, and that these autodialed calls were made without the recipients' prior express consent. Carrington Mortgage Services denies the allegations in the lawsuit.

- A settlement has been reached in this case and affects individuals who:
    received a non-emergency telephone call from Carrington Mortgage Services to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between November 19, 2008, and [the Preliminary Approval Date]

- The Settlement, if approved, would provide $1,035,000 to pay any and all claims from those who received any of the above-described calls from Carrington Mortgage Services, as well as to pay Plaintiffs' attorneys' fees, costs, service awards for the two Representative Plaintiffs, and the administrative costs of the settlement; it avoids the further cost and risk associated with continuing the lawsuits pays money to recipients of the calls who make valid and timely claims; and releases Carrington Mortgage Services from further liability.

- Carrington Mortgage Services has developed enhancements to its business practices designed to ensure that customers who receive autodialed calls have provided consent and to protect Class Members from any future unconsented-to calls.

- **Your legal rights are affected whether you act or don't act. Read this notice carefully.**

- **On the website, www.CMSTCPASettlement.com, there is a complete notice of the settlement in Spanish.  En el sitio web, www.CMSTCPASettlement.com, hay una notificación completa del acuerdo en Español.**

**Questions? Call 1-877-919-9186 or visit www.CMSTCPASettlement.com**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT ||
|---|---|
| **Submit a Claim Form** | This is the only way to get a payment or credit from the Settlement. You can submit a valid and timely claim form online at www.CMSTCPASettlement.com or by mail to [ADDRESS] or by calling the toll-free number, [1-###-###-####]. If you fail to do so, you will not receive a settlement payment. |
| **Do Nothing** | Get no payment or credit. Give up rights to sue Carrington Mortgage Services separately. |
| **Exclude Yourself OR "Opt Out" of the Settlement** | If you ask to be excluded, you will get no payment or credit from the Settlement and you may be able to pursue or continue your own lawsuit against Carrington Mortgage Services about the legal claims in this case. |
| **Object** | Write to the Court about why you believe the Settlement is unfair. |
| **Go to a Hearing** | Ask to speak in Court about the fairness of the Settlement. |

These rights and options - **and the deadlines to exercise them** - are explained in this notice.

The Court in charge of this case still has to decide whether to approve the Settlement. Payments or credits will be made if the Court approves the Settlement and after any appeals are resolved. Please be patient.

**Questions? Call 1-877-919-9186 or visit www.CMSTCPASettlement.com**

2

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**................................................................................................................**PAGE 4**
1. Why is there a notice?
2. What is this class action lawsuit about?
3. Why is there a Settlement?

**WHO IS IN THE SETTLEMENT** ................................................................................................ **PAGE 5**
4. How do I know if I am part of the Settlement?

**THE SETTLEMENT BENEFITS - WHAT YOU GET**............................................................. **PAGE 5**
5. What does the Settlement provide?

**HOW YOU MAKE THE CALLS STOP**....................................................................................**PAGE 6**
6. How can I make the calls stop?

**HOW YOU GET A PAYMENT OR CREDIT**...........................................................................**PAGE 6**
7. How and when can I get a payment or credit?
8. What am I giving up to get a payment or stay in the Class?

**EXCLUDING YOURSELF FROM THE SETTLEMENT** ........................................................**PAGE 7**
9. How do I exclude myself from the Settlement?

**THE LAWYERS REPRESENTING YOU**................................................................................. **PAGE 8**
10. Do I have a lawyer in this case?
11. How will the lawyers and class representatives be paid?

**OBJECTING TO THE SETTLEMENT** ......................................................................................**PAGE 8**
12. How do I tell the Court that I do not think the Settlement is fair?

**THE COURT'S FAIRNESS HEARING**..................................................................................... **PAGE 9**
13. When and where will the Court decide whether to approve the Settlement?
14. May I speak at the hearing?

**IF YOU DO NOTHING** ................................................................................................................**PAGE 9**
15. What happens if I do nothing at all?

**GETTING MORE INFORMATION**.........................................................................................**PAGE 10**
16. How do I get more information?

## BASIC INFORMATION

### 1. Why is there a notice?

A Court authorized this Notice because you have a right to know about a proposed Settlement of this class action lawsuit, and about all of your options, before the Court decides whether to approve the Settlement. If the Court approves the Settlement and after any objections or appeals are resolved, an administrator appointed by the Court will make the payments and/or credits that the Settlement allows. Because your rights will be affected by this Settlement, it is extremely important that you read this Notice carefully.

If you received a postcard Notice, it is because according to Carrington Mortgage Services's records, you may have received a non-emergency telephone call from Carrington Mortgage Services to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between November 19, 2008, and [the Preliminary Approval Date]. The Court in charge of the case is the United District Court for the Central District of California, and the case is known as *Wannemacher v. Carrington Mortgage Services, LLC*, U.S.D.C., Central District of California Case No. SACV 12-02016 FMO (ANx). The people who sued are called Plaintiffs, and the company they sued, Carrington Mortgage Services, LLC ("Carrington Mortgage Services"), is called the Defendant.

### 2. What is this class action lawsuit about?

A class action is a lawsuit in which the claims and rights of many people are decided in a single court proceeding. Representative plaintiffs, also known as "class representatives," assert claims on behalf of the entire class.

The Representative Plaintiffs filed this case against Defendant alleging that Carrington Mortgage Services violated the TCPA by using an automatic telephone dialing system and/or an artificial prerecorded voice to call cell phones without the prior express consent of the recipients.

Carrington Mortgage Services denies that it did anything wrong, or that this case is appropriate for treatment as a class action.

### 3. Why is there a Settlement?

The Court did not decide in favor of the Plaintiffs or Defendant. Both sides agreed to a settlement instead of going to trial. That way, they avoid the cost of a trial, and the people affected will get compensation. The Representative Plaintiffs and their attorneys think the Settlement is best for all Class Members.

## WHO IS IN THE SETTLEMENT

### 4. How do I know if I am part of the Settlement?

The Settlement provides relief for all Class Members, who are described as individuals who received a non-emergency telephone call from Carrington Mortgage Services to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between November 19, 2008, and [the Preliminary Approval Date]. Excluded from the Class are Defendant; its parent companies, affiliates or subsidiaries, or any employees thereof, and any entities in which any of such companies has a controlling interest; the judge or magistrate judge to whom the Action is assigned; and, any member of those judges' staffs and immediate families.

If you have questions about whether you are a Class Member, or are still not sure whether you are included, you can call 1-###-###-#### or visit www.CMSTCPASettlement.com for more information.

Questions? Call 1-877-919-9186 or visit www.CMSTCPASettlement.com

1141357.1

# THE SETTLEMENT BENEFITS - WHAT YOU GET

### 5. What does the Settlement provide?

Carrington Mortgage Services has agreed to pay a total settlement amount of $1,035,000 which will be used to create a Settlement Fund to pay Settlement Awards to Class Members, Plaintiffs' attorney fees, service awards to the Representative Plaintiffs, costs, expenses, and settlement administration.

Any residual amount under $50,000 remaining after all the payments included in the Settlement are made that would be economically unfeasible to distribute will be donated to Habitat for Humanity International.

Additionally, Carrington Mortgage Services will enhance its business practices. As a benefit to all Class Members, Carrington Mortgage Services will develop significant enhancements to its servicing systems to ensure that a borrower has provided consent before being called on a cell phone and that its loan servicing records are systematically coded to reflect the borrower's prior express consent to call his/her cell phone.

# HOW YOU MAKE THE CALLS STOP

### 6. How can I make the calls stop?

If you submit a valid and timely Revocation Request Form, Carrington Mortgage Services will not use an automatic telephone dialing system and/or an artificial or prerecorded voice to call your cellular telephone.

Revocation Request Forms may be submitted electronically at www.CMSTCPASettlement.com or by mail to:

Carrington Mortgage Services TCPA Settlement Claims Administrator
[ADDRESS]

Carrington Mortgage Services reserves whatever right it may have to call your cellular telephone number using an automatic telephone dialing system and/or an artificial or prerecorded voice message if, after you submit a Revocation Request Form, Carrington Mortgage Services obtains your prior express consent to receive these calls on your cellular telephone number.

# HOW YOU GET A PAYMENT OR CREDIT

### 7. How and when can I get a payment or credit?

Each Class Member who submits a valid and timely Claim Form will receive a Settlement Award.

A Settlement Award is a cash payment and/or a one-time credit against the balance of any fees legitimately owed to Carrington Mortgage Services.  Under the Settlement, Carrington Mortgage Services has the option to provide an offset or credit against any fees legitimately owed by each Class Member to Carrington Mortgage Services.  These fees may include late-payment fees or insufficient-funds fees, but not amounts of principal and interest owed on the Class Member's mortgage.

It is estimated that Eligible Class Members' cash award payment and/or credit will be between $70 and $140 per claim, but the final cash payment amount and/or credit will depend on the total number of valid and timely claims filed by all Class Members.

Claims may be submitted electronically at www.CMSTCPASettlement.com or by mail to:

**Questions? Call 1-877-919-9186 or visit www.CMSTCPASettlement.com**

1141357.1

Carrington Mortgage Services TCPA Settlement Claims Administrator
[ADDRESS]

The Court will hold a hearing on _____ , 2014 to decide whether to approve the Settlement. If the Settlement is approved, appeals may still follow. It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year. Please be patient.

**8. What am I giving up to get a payment or stay in the Class?**

If you are a Class Member, unless you exclude yourself, that means that you can't sue, continue to sue, or be part of any other lawsuit against Carrington Mortgage Services about the legal issues in *this* case and all of the decisions and judgments by the Court will bind you.

For non-emergency calls made using an automatic telephone dialing system and/or an artificial prerecorded voice, without the prior express consent of the called party, the TCPA provides for damages of $500 per call, or $1,500 for willful violations.  However, Carrington Mortgage Services has denied that it made any illegal calls to anyone, and in any future lawsuit it will have a full range of potential defenses, including that it had prior express consent to make the calls if the consumer provided his or her cellular telephone number to Carrington Mortgage Services at any time, and that certain customer agreements provided Carrington Mortgage Services with consent to make the calls.  In addition, please note that the TCPA does not provide for attorneys' fees to prevailing individual plaintiffs.

If you file a Claim Form for benefits or do nothing at all, you will be unable to file your own lawsuit involving all of the claims described and identified below, and you will release Carrington Mortgage Services from any liability for them.

Remaining in the Class means that you, as well as your respective assigns, heirs, executors, administrators, successors and agents, will release, resolve, relinquish and discharge Carrington Mortgage Services (and all related entities) from any and all claims, causes of action, suits, obligations, debts, demands, agreements, promises, liabilities, damages, losses, controversies, costs, expenses, and attorneys' fees of any nature whatsoever, whether based on any federal law, state law, common law, territorial law, foreign law, contract, rule, regulation, any regulatory promulgation (including, but not limited to, any opinion or declaratory ruling), common law or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated, punitive or compensatory, as of the date of the Final Approval Order, that arise out of or relate in any way to the Released Parties'[1] use of an "automatic telephone dialing system" or "artificial or prerecorded voice" to contact or attempt to contact Settlement Class Members via non-emergency calls to cellular telephones from November 19, 2008 to the date of Preliminary Approval, to the fullest extent those terms are used, defined or interpreted by the TCPA and relevant regulatory or administrative promulgations and case law. Released Claims include both the claims of Carrington Mortgage Services account holders and non-account holders who are members of the Settlement Class. Remaining in the Class also means that you further agree that you will not institute any action or cause of action (in law, in equity or administratively), suits, debts, liens, or claims, known or unknown, fixed or contingent, which you may have or claim to have, in state or federal court, in arbitration, or with any state, federal or local government agency or with any administrative or advisory body, arising from or reasonably related to the Released Claims.

The Settlement Agreement (available at the website) provides more detail regarding the release and

---

[1] Released Parties" means Carrington Mortgage Services, LLC, and each of its respective past, present, and future parents, subsidiaries, affiliated companies and corporations, and each of their respective past, present, and future directors, officers, managers, employees, general partners, limited partners, principals, agents, insurers, reinsurers, shareholders, attorneys, advisors, representatives, predecessors, successors, divisions, joint ventures, assigns, or related entities, and each of their respective executors, successors, assigns, and legal representatives.

**Questions? Call 1-877-919-9186 or visit www.CMSTCPASettlement.com**

describes the Released Claims with specific descriptions in necessary, accurate legal terminology, so read it carefully. You can talk to the law firms representing the Class listed in Question 10 for free or you can, at your own expense, talk to your own lawyer if you have any questions about the Released Parties or the Released Claims or what they mean.

The release does not apply to Class Members who timely opt-out of the Settlement.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want a payment or credit from this Settlement, and you want to keep the right to sue or continue to sue Carrington Mortgage Services on your own about the legal issues in this case, then you must take steps to exclude yourself from the Settlement.

**9. How do I exclude myself from the Settlement?**

To exclude yourself from the Settlement, you must submit your Exclusion Request Form electronically at www.CMSTCPASettlement.com or mail your Exclusion Request Form **postmarked no later than            ,  2014** to:

Carrington Mortgage Services TCPA Settlement Claims Administrator
[ADDRESS]

If you ask to be excluded, you will not get any Settlement Award, and you cannot object to the Settlement. You will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) Carrington Mortgage Services in the future about the legal claims in this case.

## THE LAWYERS REPRESENTING YOU

**10. Do I have a lawyer in this case?**

The Court appointed the following law firms to represent you and other Class Members:  Lieff Cabraser Heimann & Bernstein, LLP, and Meyer Wilson Co., LPA.

These lawyers are called Class Counsel. You will not be charged for these lawyers' services. If you want to be represented by your own lawyer, you may hire one at your own expense.

**11. How will the lawyers and class representatives be paid?**

Class Counsel will ask the Court to approve payment of $258,750 (25% of the Settlement Fund) to compensate them for expenses and for attorneys' fees for investigating the facts, litigating the case, and negotiating the Settlement. Class Counsel will also request an award of service payments of $2,000 each to the two Class Representatives, in compensation for their time and effort. The Court may award less than these amounts. These payments, along with the costs of administering the Settlement, will be made out of the Settlement Fund.

Any objection to Class Counsel's application for attorneys' fees and costs may be filed, and must be postmarked, no later than _____ which is XX days following the filing of Class Counsel's motion for an award of attorneys' fees and costs.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the Settlement or some part of it.

**12. How do I tell the Court that I do not think the Settlement is fair?**

You can tell the Court that you don't agree with the Settlement or some part of it. If you are a Class Member, you can object to the Settlement if you do not think the Settlement is fair. You can state reasons

**Questions? Call 1-877-919-9186 or visit www.CMSTCPASettlement.com**

why you think the Court should not approve it. The Court will consider your views. To object, you must send a letter saying that you object to the proposed Settlement in *Wannemacher v. Carrington Mortgage Services, LLC,* No. SACV 12-02016 FMO (ANx) (C.D. Cal.). Be sure to include your full name, address, telephone number, the reasons you object to the Settlement and whether you intend to appear at the fairness hearing on your own behalf or through counsel. **Your objection to the Settlement must be postmarked no later than** _____.

The objection must be mailed to:

> Carrington Mortgage Services TCPA Settlement Claims Administrator
> [ADDRESS]

## THE FAIRNESS HEARING

**13. When and where will the Court decide whether to approve the Settlement?**

The Court will hold a hearing to decide whether to approve the Settlement. This Fairness Hearing will be held at _____ on _____ , \_\_\_ , 2014 at the United States District Court for the Central District of California, 312 North Spring Street, Los Angeles, California, Courtroom 22, 5th Floor. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the website for updates. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, and whether to award attorneys' fees, expenses, and service awards as described above, and in what amounts. If there are objections, the Court will consider them. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long it will take the Court to issue its decision. It is not necessary for you to appear at this hearing, but you may attend at your own expense.

**14. May I speak at the hearing?**

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that you intend to appear at the Fairness Hearing in *Wannemacher v. Carrington Mortgage Services, LLC,* No. SACV 12-02016 FMO (ANx) (C.D. Cal.). Be sure to include your full name, address, and telephone number. Your letter stating your notice of intention to appear must be postmarked no later than    , 2014 and be sent to the Clerk of the Court. You cannot speak at the hearing if you excluded yourself.

## IF YOU DO NOTHING

**15. What happens if I do nothing at all?**

If you do nothing, and are a Class Member, you will not receive a payment or credit after the Court approves the Settlement, and any appeals are resolved. In order to receive a payment or credit, you must submit a claim form. Unless you exclude yourself, you won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Carrington Mortgage Services about the legal issues in this case, ever again.

**Questions? Call 1-877-919-9186 or visit www.CMSTCPASettlement.com**

## GETTING MORE INFORMATION

**16. How do I get more information?**

This Notice summarizes the proposed Settlement. More details are in the Settlement Agreement. You can get a copy of the Settlement Agreement by calling the Claims Administrator toll-free at 1-###-###-####, writing to: Carrington Mortgage Services TCPA Settlement Claims Administrator, [ADDRESS]; or visiting the website at www.CMSTCPASettlement.com, where you will find answers to common questions about the Settlement, a claim form, plus other information to help you determine whether you are a Class Member and whether you are eligible for a payment or credit.

On the website, www.CMSTCPASettlement.com, there is a complete notice of the settlement in Spanish. En el sitio web, www.CMSTCPASettlement.com, hay una notificación completa del acuerdo en Español.

**Questions? Call 1-877-919-9186 or visit www.CMSTCPASettlement.com**

Tribunal de Distrito de los Estados Unidos por el Distrito Central de California

**SI USTED RECIBIÓ UNA LLAMADA QUE NO ERA DE EMERGENCIA POR SU TELÉFONO CELULAR DE CARRINGTON MORTGAGE SERVICES MEDIANTE EL USO DE UN SISTEMA DE MARCADO AUTOMÁTICO TELEFÓNICO Y/O VOZ PREGRABADA DE CARRINGTON MORTGAGE SERVICES, PODRÍA RECIBIR UN PAGO DE UN ARREGLO DE ACCIÓN DE CLASE.**

Un tribunal federal autorizó este Aviso.  Esto no es una solicitud de un abogado.

- Los Demandantes entablaron demandas alegando que Carrington Mortgage Services violó la Ley de Protección al Consumidor de Telefonía  ("TCPA" por sus siglas en inglés) 47 U.S.C. § 227, *y siguientes* al usar un sistema de marcado automático telefónico y/o voz artificial pregrabada para hacer llamadas de servicio que no eran de emergencia a teléfonos celulares en relación con sus cuentas hipotecarias, y que esas llamadas automáticas fueron hechas y enviadas sin el previo consentimiento expreso de los Miembros de la Clase.  Carrington Mortgage Services niega las alegaciones en la demanda.

- Se ha llegado a un arreglo en estos casos y afecta a los individuos que:

    recibieron una llamada telefónica que no era de emergencia de Carrington Mortgage Services a un teléfono celular mediante el uso de un sistema de marcado automático telefónico y/o una voz artificial o pregrabada entre el 19 de noviembre de 2008 y [Fecha de Aprobación Preliminar].

- El Arreglo, si se aprueba, proporcionaría $1,035,000 para pagar todas y cualquiera de las reclamaciones de quienes recibieron alguna de las llamadas descritas anteriormente de Carrington Mortgage Services, así como para pagar los honorarios y costas de los abogados de los Demandantes, las adjudicaciones de servicio para los dos Demandantes Representantes, y los costos de administración del arreglo; evita el costo adicional y el riesgo asociado con la continuación de las demandas; paga dinero a los destinatarios de las llamadas; y libera a Carrington Mortgage Services de responsabilidad adicional.

- Carrington Mortgage Services ha desarrollado mejoras en sus prácticas de negocios para garantizar que los clientes que reciban llamadas automáticas hayan dado su consentimiento y para proteger a los Miembros de la Clase de cualquier futura llamada no solicitada.

- Sus derechos legales están afectados independientemente de si actúa o no actúa.  Lea este Aviso detenidamente.

- **En la página web, www.CMSTCPASettlement.com, se encuentra un aviso completo del arreglo en español.**

| Sus Derechos Legales y Opciones en este Arreglo | |
|---|---|
| **Presentar un Formulario de Reclamación** | Esta es la única manera de obtener un pago o crédito.  Usted puede presentar un Formulario de Reclamación válido y oportuno por internet en www.CMSTCPASettlement.com o por correo a: Carrington Mortgage Services TCPA Settlement Claims Administrator, P.O. Box 43232, Providence, RI 02940-3232 o llamando al número gratuito 1-855-330-5886.  Si no lo hace, no recibirá un pago del arreglo. |
| **No Hacer Nada** | No obtiene ningún pago ni crédito.  Renuncia a sus derechos de demandar a Carrington Mortgage Services por separado. |
| **Excluirse O "Salirse" del Arreglo** | Si solicita ser excluido, no obtendrá ningún pago o crédito.  Esto le permite proseguir con su propia demanda contra Carrington Mortgage Services sobre las reclamaciones legales en este caso. |
| **Objetar** | Escriba al Tribunal sobre por qué cree que el Arreglo es injusto. |
| **Asistir a una Audiencia** | Solicite hablar en el Tribunal sobre la equidad del Arreglo. |

Estos derechos y opciones – **y los plazos para ejercerlos** – se explican en este Aviso.

El Tribunal encargado de este caso todavía tiene que decidir si aprueba el Arreglo.  Los pagos o créditos se harán si el Tribunal aprueba el Arreglo y después de que se haya resuelto cualquier apelación.  Por favor tenga paciencia.

¿Preguntas? Llame al 1-855-330-5886 o visite www.CMSTCPASettlement.com

CMWNTS03

| CONTENIDO DE ESTE AVISO |
|---|

**INFORMACIÓN BÁSICA** ................................................................................................................... **PÁGINA 3**

1. ¿Por qué hay un aviso?
2. ¿De qué trata esta demanda de acción de clase?
3. ¿Por qué hay un Arreglo?

**QUIÉN FORMA PARTE DEL ARREGLO** ........................................................................................ **PÁGINA 3**

4. ¿Cómo sé si formo parte del Arreglo?

**LOS BENEFICIOS DEL ARREGLO – LO QUE OBTIENE**…………………………………….. **PÁGINA 3**

5. ¿Qué dispone el Arreglo?

**CÓMO PUEDE DETENER LAS LLAMADAS** ................................................................................. **PÁGINA 4**

6. ¿Cómo puedo detener las llamadas?

**CÓMO OBTIENE UN PAGO O UN CRÉDITO** .............................................................................. **PÁGINA 4**

7. ¿Cómo y cuándo puedo obtener un pago o un crédito?
8. ¿A qué renuncio para obtener un pago o permanecer en la Clase?

**EXCLUIRSE DEL ARREGLO**............................................................................................................ **PÁGINA 5**

9. ¿Cómo me excluyo del Arreglo?

**LOS ABOGADOS QUE LO REPRESENTAN A USTED** ............................................................... **PÁGINA 5**

10. ¿Tengo a un abogado en este caso?
11. ¿Cómo se les pagará a los abogados y a los representantes de la clase?

**OBJETAR AL ARREGLO**................................................................................................................... **PÁGINA 6**

12. ¿Cómo le comunico al Tribunal que no pienso que el Arreglo es justo?

**LA AUDIENCIA DE EQUIDAD DEL TRIBUNAL** ......................................................................... **PÁGINA 6**

13. ¿Cuándo y dónde decidirá el Tribunal si aprueba el Arreglo?
14. ¿Puedo hablar en la audiencia?

**SI NO HACE NADA** ............................................................................................................................ **PÁGINA 6**

15. ¿Qué ocurre si no hago nada en absoluto?

**OBTENER MÁS INFORMACIÓN**..................................................................................................... **PÁGINA 6**

16. ¿Cómo obtengo más información?

**INFORMACIÓN BÁSICA**

### 1. ¿Por qué hay un aviso?

Un Tribunal autorizó este Aviso porque usted tiene derecho a saber sobre un Arreglo propuesto de esta demanda de acción de clase y sobre todas sus opciones, antes de que el Tribunal decida si aprueba el Arreglo. Si el Tribunal aprueba el Arreglo y después de que se haya resuelto cualquier objeción o apelación, un administrador nombrado por el Tribunal hará los pagos y/o los créditos que permita el Arreglo. Es sumamente importante que lea este Aviso detenidamente, ya que sus derechos se verán afectados por este Arreglo.

Si usted recibió una tarjeta de Aviso, es porque según los registros de Carrington Mortgage Services, puede que haya recibido una llamada telefónica que no era de emergencia de Carrington Mortgage Services a un teléfono celular mediante el uso de un sistema de marcado automático telefónico y/o voz artificial o pregrabada entre el 19 de noviembre de 2008 y [Fecha de Aprobación Preliminar]. El Tribunal encargado del caso es el Tribunal de Distrito de los Estados Unidos por el Distrito Central de California, y el caso se conoce como *Wannemacher v. Carrington Mortgage Services, LLC*, U.S.D.C., Distrito Central de California, Caso Nº SACV 12-02016 FMO (ANx). A las personas que demandaron se les conoce como Demandantes y a la empresa a la que demandaron, Carrington Mortgage Services, LLC ("Carrington Mortgage Services"), es el Demandado.

### 2. ¿De qué trata esta demanda de acción de clase?

Una acción de clase es una demanda en la que las reclamaciones y los derechos de muchas personas se deciden en un único proceso judicial. Los demandantes representantes, también conocidos como "representantes de la clase" afirman reclamaciones en nombre de toda la clase.

Los Demandantes Representantes presentaron estos casos contra el Demandado alegando que Carrington Mortgage Services violó la TCPA al usar un sistema de marcado automático telefónico y/o voz artificial pregrabada para llamar a teléfonos celulares sin el previo consentimiento expreso de los destinatarios.

Carrington Mortgage Services niega haber hecho nada ilegal o que este caso es adecuado para que sea tratado como acción de clase.

### 3. ¿Por qué hay un Arreglo?

El Tribunal no decidió a favor de los Demandantes o del Demandado. Ambas partes llegaron a un arreglo en vez de ir a juicio. De esa manera, evitan el costo de un juicio y las personas afectadas reciben una compensación. Los Demandantes Representantes y los abogados piensan que el Arreglo es lo mejor para todos los Miembros de la Clase.

**QUIÉN FORMA PARTE DEL ARREGLO**

### 4. ¿Cómo sé si formo parte del Arreglo?

El Arreglo proporciona desagravio para todos los Miembros de la Clase, que se describen como individuos que recibieron una llamada telefónica que no era de emergencia de Carrington Mortgage Services a un teléfono celular mediante el uso de un sistema de marcado automático telefónico y/o voz artificial o pregrabada entre el 19 de noviembre de 2008 y [Fecha de Aprobación Preliminar]. Quedan excluidos de la Clase el Demandado, sus empresas matrices, filiales o subsidiarias, o cualquier empleado de los mismos, y cualquier entidad en la que cualquiera de esas empresas tenga participación mayoritaria; el juez o magistrado a quien se le asigna la Acción, y cualquier miembro del personal y familiares inmediatos de los jueces.

Si tiene preguntas sobre si usted es Miembro de la Clase o si todavía no está seguro si está incluido, puede llamar al 1-855-330-5886 o visitar www.CMSTCPASettlement.com para obtener más información.

**LOS BENEFICIOS DEL ARREGLO – LO QUE OBTIENE**

### 5. ¿Qué dispone el Arreglo?

Carrington Mortgage Services ha acordado pagar una suma total del arreglo de $1,035,000 que se utilizará para crear un Fondo del Arreglo para pagar las Adjudicaciones del Arreglo a los Miembros de la Clase, los honorarios de los abogados de los Demandantes, adjudicaciones de servicio a los Demandantes Representantes, costos, gastos, y administración del arreglo.

Cualquier cantidad restante inferior a $50,000 que quede después de haber efectuado todos los pagos incluidos en el Arreglo que pudieran ser económicamente inviables para su distribución, será donada a Habitat for Humanity International.

Además, Carrington Mortgage Services mejorará sus prácticas comerciales. Como beneficio para todos los Miembros de la Clase, Carrington Mortgage Services desarrollará importantes mejoras en sus sistemas de mantenimiento para asegurar que el prestatario ha dado consentimiento antes de ser llamado a un teléfono celular y que los registros de su servicio de préstamo están sistemáticamente codificados para que reflejen la previa autorización expresa del prestatario para llamar a su teléfono celular.

## CÓMO PUEDE DETENER LAS LLAMADAS

**6. ¿Cómo puedo detener las llamadas?**

Si usted presenta un Formulario de Solicitud de Revocación válido y oportuno, Carrington Mortgage Services no usará un sistema de marcado automático telefónico y/o voz artificial o pregrabada para llamar a su teléfono celular.

Los Formularios de Solicitud de Revocación pueden enviarse electrónicamente a www.CMSTCPASettlement.com o por correo a:

Carrington Mortgage Services TCPA Settlement Claims Administrator
P.O. Box 43232
Providence, RI 02940-3232

Carrington Mortgage Services se reserva cualquier derecho que pueda tener para llamar a su número de teléfono celular utilizando un sistema de marcado automático telefónico y/o un mensaje con voz artificial o pregrabada si, después de que usted envíe un Formulario de Solicitud de Revocación, Carrington Mortgage Services obtiene su previo consentimiento expreso para recibir esas llamadas a su número de teléfono celular.

## CÓMO OBTIENE UN PAGO O UN CRÉDITO

**7. ¿Cómo y cuándo puedo obtener un pago o un crédito?**

Cada Miembro de la Clase que presente un Formulario de Reclamación válido y oportuno recibirá una Adjudicación del Arreglo.

Una Adjudicación del Arreglo es un pago en efectivo o un único crédito contra el saldo de cualquier cargo legítimamente adeudado a Carrington Mortgage Services. Conforme al Arreglo, solamente Carrington Mortgage Services cuenta con la opción de proporcionar una compensación o crédito contra cualquier cargo legítimamente adeudado por cada Miembro de la Clase a Carrington Mortgage Services. Estos cargos pueden incluir cargos por pago tardío o cargos por fondos insuficientes, pero no cantidades de capital e interés adeudado en la hipoteca del Miembro de la Clase.

Se estima que el pago de adjudicación en efectivo de los Miembros Elegibles de la Clase sea de entre $70 y $140 por reclamación, pero la cantidad del pago final en efectivo dependerá del número total de reclamaciones válidas y oportunas presentadas por todos los Miembros de la Clase.

Las reclamaciones se pueden enviar electrónicamente a www.CMSTCPASettlement.com o por correo a:

Carrington Mortgage Services TCPA Settlement Claims Administrator
P.O. Box 43232
Providence, RI 02940-3232

El Tribunal celebrará una audiencia el __ de _____ de 2014 para decidir su aprueba el Arreglo. Si el Arreglo es aprobado, puede que seguidamente haya apelaciones. Nunca se sabe si esas apelaciones se pueden resolver y el resolverlas puede tomar tiempo, quizá más de un año. Por favor tenga paciencia.

**8. ¿A qué renuncio para obtener un pago o permanecer en la Clase?**

Si usted es un Miembro de la Clase, a menos que se excluya, eso significa que no puede demandar, continuar demandando o formar parte de cualquier otra demanda contra Carrington Mortgage Services sobre los asuntos legales en *este* caso y todas las decisiones y sentencias del Tribunal lo vincularán.

Para las llamadas que no son de emergencia hechas utilizando un sistema de marcado automático telefónico y/o voz artificial pregrabada, sin el previo consentimiento expreso de la persona llamada, la TCPA dispone por daños de $500 por llamada, o $1,500 por violación intencional. Sin embargo, Carrington Mortgage Services ha negado haber hecho llamadas ilegales o enviado mensajes de texto ilegales a nadie, y en cualquier demanda futura tendrá una amplia gama de defensas potenciales, incluyendo que tenía previa autorización expresa para hacer las llamadas si el consumidor le proporcionó su número de teléfono celular a Carrington Mortgage Services en cualquier momento, y que ciertos contratos de clientes proporcionaron a Carrington Mortgage Services el consentimiento para hacer las llamadas. Además, tenga en cuenta que la TCPA no proporciona honorarios de abogados a los demandantes individuales imperantes.

Si usted presenta un Formulario de Reclamación para obtener beneficios o si no hace nada en absoluto, no podrá presentar su propia demanda que involucre todas las reclamaciones descritas e identificadas a continuación, y liberará a Carrington Mortgage Services de toda responsabilidad.

Permanecer en la Clase significa que usted, así como sus respectivos cesionarios, herederos, albaceas, administradores, sucesores y agentes, liberarán, resolverán, renunciarán y exonerarán a Carrington Mortgage Services (y a sus entidades relacionadas) de todas y cada una de las reclamaciones, causas de acción, demandas, obligaciones, deudas, pleitos,

¿Preguntas? Llame al 1-855-330-5886 o visite www.CMSTCPASettlement.com

- 4 -

acuerdos, promesas, responsabilidades, daños y perjuicios, pérdidas, controversias, costos, gastos, y honorarios de abogados de cualquier índole que fuera, basadas en cualquier ley federal, ley estatal, en el derecho consuetudinario, derecho territorial, ley extranjera, contrato, norma, regulación, cualquier promulgación regulatoria (incluyendo, pero sin limitarse a, cualquier opinión o sentencia declaratoria), derecho consuetudinario o de equidad, ya sean conocidos o desconocidos, sospechados o insospechados, afirmados o no afirmados, previstos o imprevistos, reales o contingentes, liquidados o por liquidar, punitivos o compensatorios, a la fecha de la Orden de Aprobación Final, que surjan de, o que esté relacionadas de cualquier manera con el uso de las Partes Liberadas de un "sistema de marcado automático telefónico" o "voz artificial o pregrabada" para comunicarse o intentar comunicarse con los Miembros de la Clase del Arreglo mediante llamadas que no eran de emergencia a teléfonos celulares entre el 19 de noviembre de 2008 y hasta la fecha de Aprobación Preliminar, en la medida que esos términos se utilizan, se definen o se interpretan por la TCPA y las promulgaciones regulatorias o administrativas relevantes y la jurisprudencia. Las Reclamaciones Liberadas incluyen tanto las reclamaciones de los titulares de cuenta de Carrington Mortgage Services como los no titulares de cuenta que son miembros de la Clase del Arreglo. Usted además acepta que no emprenderá ninguna acción o causa de acción (en derecho, equidad o administrativamente), demanda, deuda, embargo, o reclamación, ya sea conocida o desconocida, fija o contingente, que pueda tener o alegan tener, en un tribunal estatal o federal, en arbitraje, o con cualquier agencia gubernamental estatal, federal o local o con cualquier organismo administrativo o de asesoría, que surja de o esté razonablemente relacionado con las Reclamaciones Liberadas.

El Acuerdo del Arreglo (disponible en la página web) proporciona más detalles sobre la liberación y describe las Reclamaciones Liberadas con descripciones específicas en la terminología legal necesaria y precisa, por lo tanto léalo detenidamente. Usted puede hablar con los bufetes de abogados que representan a la Case indicados en la pregunta 10 de forma gratuita, o puede, por su cuenta, hablar con su propio abogado si tiene preguntas sobre las Partes Liberadas o las Reclamaciones Liberadas o lo que significan.

La liberación no se aplica a los Miembros de la Clase que se excluyen oportunamente del Arreglo.

### EXCLUIRSE DEL ARREGLO

Si no desea un pago o crédito de este Arreglo, y desea conservar su derecho a demandar o continuar demandando a Carrington Mortgage Services por su cuenta sobre los asuntos legales en este caso, entonces tiene que tomar medidas para excluirse del Arreglo.

**9. ¿Cómo me excluyo del Arreglo?**

Para excluirse del Arreglo, usted tiene que enviar una carta por correo diciendo que desea ser excluido del caso *Wannemacher v. Carrington Mortgage Services, LLC,* No. SACV 12-02016 FMO (ANx) (C.D. Cal.). Asegúrese de incluir su nombre completo, dirección y número de teléfono. También tiene que incluir una declaración de que desea ser excluido del Arreglo. **Usted tiene que enviar por correo su solicitud de exclusión con matasellos del __ de _____ de ____ a más tardar** a:

> Carrington Mortgage Services TCPA Settlement Claims Administrator
> P.O. Box 43232
> Providence, RI 02940-3232

Si solicita ser excluido, no recibirá ninguna Adjudicación del Arreglo y no puede objetar al Arreglo. Usted no se considerará obligado legalmente por cualquier cosa que suceda en esta demanda. Usted podrá demandar (o continuar demandando) a Carrington Mortgage Services en el futuro.

### LOS ABOGADOS QUE LO REPRESENTAN A USTED

**10. ¿Tengo un abogado en este caso?**

El Tribunal nombró a los siguientes bufetes de abogados para que lo representen a usted y a otros Miembros de la Clase: Lieff Cabraser Heimann & Bernstein, LLP, y Meyer Wilson Co., LPA.

A estos abogados se les llama Abogados de la Clase. A usted no se le cobrará por los servicios de estos abogados. Si desea estar representado por su propio abogado, puede contratar uno por su cuenta.

**11. ¿Cómo se les pagará a los abogados y a los representantes de la clase?**

Los Abogados de la Clase solicitarán al Tribunal la aprobación de un pago de $258,750 (25% del Fondo del Arreglo) para compensarlos por los gastos y los honorarios de abogados por investigar los hechos, litigar el caso y negociar el Arreglo. Los Abogados de la Clase también solicitarán una adjudicación de pagos de servicio de $2,000 para cada uno de los dos Representantes de la Clase, como compensación por su tiempo y esfuerzo. El Tribunal puede adjudicar menos de esas cantidades. Estos pagos, junto con los costos de administrar el Arreglo, se harán del Fondo del Arreglo.

Cualquier objeción a la solicitud de los Abogados de la Clase por los honorarios y costas de abogados puede presentarse y tiene que tener matasellos del __ de _____ de ____ a más tardar, que es XX días a partir de la presentación de la moción de los Abogados de la Clase por una adjudicación de honorarios y costas de abogados.

¿Preguntas? Llame al **1-855-330-5886** o visite www.CMSTCPASettlement.com

- 5 -

**OBJETAR AL ARREGLO**

Usted puede decirle a Tribunal que no está de acuerdo con el Arreglo o con alguna parte del mismo.

**12. ¿Cómo le comunico al Tribunal que no pienso que el Arreglo es justo?**

Usted puede decirle al Tribunal que no está de acuerdo con el Arreglo o con alguna parte del mismo. Si es un Miembro de la Clase, puede objetar al Arreglo si no piensa que el Arreglo es justo. Usted puede indicar las razones por las que piensa que el Tribunal no debiera aprobarlo. El Tribunal tendrá en cuenta sus puntos de vista. Para objetar, tiene que enviar una carta diciendo que objeta al Arreglo propuesto en el caso *Wannemacher v. Carrington Mortgage Services, LLC,* No. SACV 12-02016 FMO (ANx) (C.D. Cal.). Asegúrese de incluir su nombre completo, dirección, número de teléfono, las razones de su objeción al Arreglo y si tiene la intención de comparecer en la audiencia de equidad por su cuenta o mediante un abogado. **Su objeción al Arreglo tiene que tener matasellos del __ de _____ de ____ a más tardar**.

La objeción tiene que enviarse por correo a:

Carrington Mortgage Services TCPA Settlement Claims Administrator
P.O. Box 43232
Providence, RI 02940-3232

**LA AUDIENCIA DE EQUIDAD**

**13. ¿Cuándo y dónde decidirá el Tribunal si aprueba el Arreglo?**

El Tribunal celebrará una audiencia para decidir si aprueba el Arreglo. La Audiencia de Equidad se celebrará el __ de _____ de 2014, a las __ a.m. en el Tribunal de Distrito de los Estados Unidos por el Distrito Central de California, 312 North Spring Street, Los Angeles, California, Courtroom 22, 5th Floor. La audiencia puede cambiarse a una fecha u hora diferente sin más aviso, por lo tanto es buena idea revisar la página web para las actualizaciones. En esta audiencia, el Tribunal considerará si el Arreglo es justo, razonable y adecuado, y si adjudica los honorarios de abogados, gastos, y adjudicaciones de servicio como se describe anteriormente y en qué cantidades. Si hay objeciones, el Tribunal las considerará. Después de la audiencia, el Tribunal decidirá si aprueba el Arreglo. No se sabe cuánto tiempo tomará el Tribunal para emitir su decisión. No es necesario que usted comparezca en esta audiencia, aunque puede asistir por su cuenta.

**14. ¿Puedo hablar en la audiencia?**

Usted puede pedir permiso al Tribunal para hablar en la Audiencia de Equidad. Para hacerlo, tiene que enviar una carta diciendo que tiene la intención de comparecer en la Audiencia de Equidad en el caso *Wannemacher v. Carrington Mortgage Services, LLC,* No. SACV 12-02016 FMO (ANx) (C.D. Cal.). Asegúrese de incluir su nombre completo, dirección y número de teléfono. Su carta indicando su aviso de intención de comparecer tiene que tener matasellos del __ de _____ de 2014 a más tardar y ser enviada a la Secretaría del Tribunal. Usted no puede hablar en el en la audiencia si se excluye.

**SI NO HACE NADA**

**15. ¿Qué sucede si no hago nada en absoluto?**

Si no hace nada, y es Miembro de la Clase, no recibirá un pago o crédito después de que el Tribunal apruebe el Arreglo, y se hayan resuelto las apelaciones. Para recibir un pago o crédito, tiene que presentar un Formulario de Reclamación. A menos que se excluya, no podrá iniciar una demanda, continuar con una demanda, o formar parte de cualquier otra demanda contra Carrington Mortgage Services sobre los asuntos legales en este caso nunca más.

**OBTENER MÁS INFORMACIÓN**

**16. ¿Cómo obtengo más información?**

Este Aviso resume el Arreglo propuesto. El Acuerdo del Arreglo incluye más detalles. Usted puede obtener una copia del Acuerdo del Arreglo llamando al Administrador de Reclamaciones gratuitamente al 1-855-330-5886, escribiendo a: Carrington Mortgage Services TCPA Settlement Claims Administrator, P.O. Box 43232, Providence, RI 02940-3232; o visitando la página web www.CMSTCPASettlement.com, donde encontrará respuestas a preguntas frecuentes sobre el Arreglo, un Formulario de Reclamación, además de otra información para ayudarle a determinar si usted es Miembro de la Clase y si es elegible para obtener un pago o crédito.

En la página web, www.CMSTCPASettlement.com, puede encontrar un aviso completo del arreglo en español.

**¿Preguntas? Llame al 1-855-330-5886 o visite www.CMSTCPASettlement.com**

- 6 -