JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WANNEMACHER, et al. | Case No. SA CV 12-2016 FMO (ANx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CARRINGTON MORTGAGE SERVICES, LLC, | |
| Defendant. | |

Pursuant to the Court's Order re: Final Approval of Class Action Settlement; Approval of Attorney's Fees, Costs and Class Representative Service Awards, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiffs Richard Wannemacher and Vanessa Brown Reese shall each be paid a service payment of $2,000, out of the settlement fund, in accordance with the terms of the Settlement Agreement.

2. Class counsel shall be paid $237,609.04 in attorney's fees, and $21,140.96 in costs, out of the settlement fund, in accordance with the terms of the Settlement Agreement.

3. The settlement administrator, Kurtzman Carson Consultants, shall be paid for its fees and expenses in accordance with the terms of the Settlement Agreement, but in an amount not to exceed $77,750 from the settlement fund.

1        4.  Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of this court.

Dated this 22nd day of December, 2014.

                                                                                       /s/
                                            Fernando M. Olguin
                                        United States District Judge